### SCARLETT ag$^t$ LONG

Cap$^t$ Samuel Scarlet plaint. ag$^t$ Joseph Long of Dorchester Defend$^t$ in an action of the case for witholding a small boate of his that was taken or went adrift from his wharfe about the Latter end of Septemb$^r$ 1673. & ever since or at Least since May last hath kept her in his Service although Shee hath been demanded by the aboues$^d$ Scarlett both in May last & upon the 25th day of January Last yet notwithstanding hee hath detained her & hath no way acted according to Law & all due damages according to attachm$^t$ Dat. March 5° 16$\frac{7}{4}$ [310] . . . the Jury . . . founde for the Defend$^t$ costs of Court being twenty Five Shillings Six pence, the plaint. appeal$^d$ from this judgem$^t$ unto the next Court of Assistants & himselfe principall in £:5 m$^r$ Jn° Richards & FreeGrace Bendall Sureties in Fifty Shillings apeice acknowledged themselves respectiuely bound to . . . prosecute his appeale . . .

### SALTER ag$^t$ MANNING

Jabez Salter plaint. ag$^t$ Nicholas Manning of Salem Gun Smith Defend$^t$ in an action of the case for witholding or detaining an anvill of the plaint. after legall demand, the s$^d$ Manning pretending it is his own which is to the pl$^{ts}$ great damage according to Attachm$^t$ Dat. 10:12$^{mo}$ 1674 . . . the Jury . . . founde for the plaint. that the Defend$^t$ deliver to the plaint. his anvill at Boston within a monthes time with three pounds in mony or ten pounds in mony & costs of Court three pounds two Shillings.

Execucion issued May 31° 1675.